UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**     *     **CRIMINAL DOCKET NO. 09-391**

**v.**     *     **SECTION "K'"**

**THEODORE PIERCE**

\*   \*   \*   \*

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the Second Superceding Indictment against the defendant be and is hereby dismissed without prejudice.

New Orleans, Louisiana, this  21st  day of December 2011.

_____
Stanwood R. Duval, Jr.
United States District Judge